# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3700
LT Case No. 2022-DP-104

_____

A.T., MOTHER OF P.W., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Scott T. Smith, of The Law Office of Scott T. Smith, PA,
Brooksville, for Appellant.

Rachel Batten, of Department of Children and Families,
Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.

April 4, 2024


PER CURIAM.

AFFIRMED.

EDWARDS, C.J., BOATWRIGHT, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____